# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| BAUER FOUNDATION CORP., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:19-cv-00849 |
| | ) | Judge Aleta A. Trauger |
| v. | ) | JURY DEMAND |
| | ) | |
| IMI TENNESSEE, INC., Successor In | ) | Removed from the Chancery Court for |
| Interest To IRVING MATERIALS, INC. | ) | Davidson County, Tennessee |
| | ) | Docket No. 19-1042-IV |
| Defendant. | ) | |

## PLAINTIFF'S REPLY TO
## DEFENDANT'S RESPONSE TO MOTION FOR REMAND

Pursuant to Rule 7.01 of the Local Rules of the Middle District of Tennessee, Plaintiff files this Reply to Defendant's Response to the Motion to Remand and respectfully requests that this Court enter an Order remanding this case back to the Davidson County Chancery Court of Tennessee and for an award of attorneys' fees.

Federal courts must construe statutes of removal jurisdiction strictly "because removal jurisdiction encroaches on a state court's jurisdiction." *Daniel v. Anderson Cnty. Emergency & Rescue Squad*, 469 F.Supp.2d 494, 496 (E.D. Tenn. 2007). Thus, "the removing party bears the burden of proving that removal is proper." *Id.*

Defendant's original Notice of Removal conceded that Defendant's principal place of business is in Antioch, Tennessee, which coincides with the principal place of business of Defendant listed on Defendant's filings with the Tennessee Secretary of State and the Kentucky Secretary of State. Underline: See Exhibit A. Defendant now desperately seeks to retract

that concession and to manufacture diversity jurisdiction through a separately-filed motion to amend the Notice of Removal and its Response to Plaintiff's Motion for Remand and the supporting Affidavit.

Defendant's Response is based on its newfound reliance on the "nerve center" test as set forth in *Hertz Corp. v. Friend*, 559 U.S. 77 (2010) which serves as the legal basis for Defendant's assertion that it is not a citizen of the State of Tennessee and instead has its principal place of business in Greenfield, Indiana. However, in setting forth the factual support of this position, Defendant fails to meet its burden of proving that removal is proper.

Defendant relies on factual assertions in the Affidavit of the President of the "Tennessee Division" of IMI Tennessee, Inc. who has only been employed in this capacity with Defendant since July 2019 (approximately 4 months) and is not an officer or director of the Defendant. As set forth in the Affidavit, Defendant states that the principal place of business of IMI Tennessee, Inc. is in Greenfield, Indiana. Despite this general assertion, however, Defendant's own affidavit belies and contradicts Defendant's position. Only two of the five officers of Defendant have offices in Indiana, and only one actually has an office in Greenfield, Indiana. Mabbitt Aff. Para. 4. The President (who is also a director of Defendant) has his office in Kentucky. *Id*. The Vice President has her office in Tennessee, and the assistant Secretary has her office in Tennessee. *Id*. Only the Treasurer has her office in Greenfield, Indiana, as the Secretary's office is in Evansville, Indiana. *Id*.

As the Court in *Hertz* recognized, it is a place of business and not merely a state that satisfies the place of business requirement. *Hertz*, 559 U.S. 93. Thus, the fact that there are two officers in Indiana does not further Defendant's position that the principal place of

2

business is in Greenfield, Indiana. Defendant tries to no avail to connect the Treasurer's office location to decisions related to capital expenditures and expenditures in excess of $100,000 being made in Greenfield, Indiana as support for the position that control and coordination of Defendant's business activities is in Greenfield. *Id*. at para. 12-13. However, these factual assertions are not probative of actual control of these functions or of general control of the company and further appear contrived in light of the location of all the other officers of Defendant. Moreover, the fact that the Affidavit is made by a Tennessee division manager who has only been with the company for four months and is neither an officer nor a director undercuts the proof relied upon by Defendant. If control and coordination of the business were conducted in Greenfield, Indiana, there should certainly be more persuasive proof that could be submitted to the Court such as an affidavit from an actual officer or director of the Defendant who would have been involved in such decisions related to the control of the Defendant's business activities. Absent such proof, the Court has no factual basis to disregard the concession made in Defendant's original Notice of Removal. Indeed, the absence of more persuasive proof actually supports the original position of Defendant that it is a citizen of Tennessee.

It is also important to point out that the U.S. Supreme Court further concluded in *Hertz* that the "nerve center" is "not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion)." *Hertz*, 559 U.S. 93. Here, as established by the Defendant's own affidavit, only one of five officers responsible for the control and coordination of the activities of Defendant has their office in Greenfield, Indiana. Thus, there is no factual basis to conclude that the presence of that one officer establishes the nerve center or principal place of

business in Greenfield, Indiana.

Simply put, Defendant has failed to assert enough factual support to overcome its concession in the original filing that Defendant's principal place of business is in Antioch, Tennessee. Based on the foregoing, removal in this case is improper and this case should be remanded to the Davidson County Chancery Court of Tennessee for further proceedings.

Plaintiff will separately file a Response to Defendant's Motion to Amend the Notice of Removal within the time required by the local rules. However, Plaintiff asserts that the Motion to Amend is untimely and similarly should be rejected because Defendant fails to meet its burden of proof for establishing that the "nerve center" of its corporate control and coordination is in Greenfield, Indiana. Absent such proof, there is simply no basis for the Court to grant Defendant's Motion to Amend.

In addition to the relief requested herein and in Plaintiff's Motion for Remand, Plaintiff reiterates its request for attorneys' fees, and at a minimum, Plaintiff should be awarded attorneys' fees related to this reply and Defendant's Motion to Amend.

Dated: November 6, 2019

/s/Brett R. Carter
Brett R. Carter (BPR #19326)
CARTER SHELTON JONES, PLC
2021 Richard Jones Road, Suite 240
Nashville, Tennessee 37215
Telephone: (615) 873-0750
Facsimile: (615) 577-8325
Email: brett@cartersheltonlaw.com

*Counsel for Plaintiff*

4

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system and on this same day that the foregoing was placed in U.S. Mail, First Class, to John E. Haubenreich, WALLER LANSDEN DORTCH & DAVIS, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219-8966

 /s/Brett R. Carter
*Counsel for Plaintiff*



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name:   **IMI TENNESSEE, INC.**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000313317 | Formation Locale: | INDIANA |
| Filing Type: | For-profit Corporation - Foreign | Date Formed: | 02/06/1962 |
| | 06/07/1996 10:02 AM | Fiscal Year Close | 9 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
IMI TENNESSEE, INC.
KIMBERLY ROLLETT
2001 ANTIOCH PIKE
ANTIOCH, TN  37013-3315

**Principal Address**
KIMBERLY ROLLETT
2001 ANTIOCH PIKE
ANTIOCH, TN  37013-3315

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 10/22/2018 | 2018 Annual Report | B0610-3833 |

Principal Address 1 Changed  From: 2617 GRANDVIEW AVE  To: 2001 ANTIOCH PIKE

Principal City Changed  From: NASHVILLE  To: ANTIOCH

Principal Postal Code Changed  From: 37211-2202  To: 37013-3315

Registered Agent Organization Name Changed  From: No Value  To: IMI TENNESSEE, INC.

Registered Agent First Name Changed  From: JOHN  To: No Value

Registered Agent Last Name Changed  From: CURTIS  To: No Value

Registered Agent Physical Address 1 Changed  From: 2617 GRANDVIEW AVE  To: 2001 ANTIOCH PIKE

Registered Agent Physical Address 3 Changed  From: No Value  To: KIMBERLY ROLLETT

Registered Agent Physical City Changed  From: NASHVILLE  To: ANTIOCH

Registered Agent Physical Postal Code Changed  From: 37211-2202  To: 37013-3315

| Date Filed | Filing Description | Image # |
|---|---|---|
| 10/25/2017 | 2017 Annual Report | B0453-7908 |
| 10/20/2016 | 2016 Annual Report | B0310-0048 |
| 09/14/2015 | 2015 Annual Report | B0149-3465 |

Principal Address 3 Changed  From: No value  To: KIMBERLY ROLLETT

| Date Filed | Filing Description | Image # |
|---|---|---|
| 10/28/2014 | 2014 Annual Report | B0013-8034 |
| 12/18/2013 | 2013 Annual Report | A0205-2247 |

10/29/2019 2:04:14 PM

**EXHIBIT**

_A_

tabbies®

Page 1 of 3

Case 3:19-cv-00849   Document 12   Filed 11/06/19   Page 6 of 11 PageID #: 107

# Filing Information

**Name:** **IMI TENNESSEE, INC.**

| | |
|---|---|
| 01/03/2013  2012 Annual Report | A0148-2056 |
| Principal Postal Code Changed  From: 37211  To: 37211-2202 | |
| 12/22/2011  2011 Annual Report | A0097-3194 |
| Principal County Changed  From: DAVIDSON  To: DAVIDSON COUNTY | |
| 03/24/2011  2010 Annual Report | A0063-2497 |
| Principal County Changed  From: No value  To: Davidson | |
| 03/09/2011  Notice of Determination | A0060-0693 |
| 12/28/2009  2009 Annual Report | A0002-2220 |
| Registered Agent Physical Address 1 Changed  From: 2531 PARK DR  To: 2617 GRANDVIEW AVENUE | |
| Registered Agent Physical Address 2 Changed  From: STE D  To: No Value | |
| Registered Agent Physical Postal Code Changed  From: 37214  To: 37211 | |
| 04/30/2009  2008 Annual Report | 6529-0272 |
| Principal Address Changed | |
| 03/16/2009  Notice of Determination | ROLL 6476 |
| 08/15/2008  Administrative Amendment | 6364-0600 |
| Mail Address Changed | |
| 01/23/2008  2007 Annual Report | 6191-0366 |
| Registered Agent Changed | |
| 12/29/2006  2006 Annual Report | 5908-0479 |
| 01/03/2006  2005 Annual Report | 5636-0538 |
| 11/02/2004  2004 Annual Report | 5271-0443 |
| 09/16/2003  2003 Annual Report | 4911-0567 |
| 02/21/2003  2002 Annual Report | 4734-1242 |
| Principal Address Changed | |
| 10/05/2001  2001 Annual Report | 4314-1410 |
| 06/13/2001  Application for Reinstatement | 4224-0500 |
| 06/05/2001  2000 Annual Report | 4217-0773 |
| 05/21/2001  Dissolution/Revocation - Administrative | ROLL 4207 |
| 03/16/2001  Notice of Determination | ROLL 4151 |
| 12/29/2000  Articles of Amendment | 4074-2232 |
| Name Changed | |
| Principal Address Changed | |
| 09/19/2000  Common Amendment | 4008-0055 |
| 12/30/1997  CMS Annual Report Update | 3429-1223 |
| Registered Agent Physical Address Changed | |
| Registered Agent Changed | |

Case 3:19-cv-00849    Document 12    Filed 11/06/19    Page 7 of 11 PageID #: 108

# Filing Information

**Name:** **IMI TENNESSEE, INC.**

| | | |
|---|---|---|
| 07/09/1996 | Administrative Amendment | 3189-1229 |
| Fiscal Year Close Changed | | |
| 06/07/1996 | Initial Filing | 3179-2962 |
| 06/07/1996 | Assumed Name | 3179-2965 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|

Case 3:19-cv-00849    Document 12    Filed 11/06/19    Page 8 of 11 PageID #: 109

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o

PPOC
0846314
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
   5/20/2019 1:16:51 PM
Fee receipt: $10.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

# Statement of Change of
# Principal Office Address

# POC

Pursuant to the provisions of KRS chapters 271B, 273, 275, or 362, the undersigned hereby applies to change the principal office on behalf of

# IMI Tennessee, Inc.

which is organized in the state of Indiana, and for that purpose submits the following statements:

| 1. Address of current principal office | 2. Principal office is hereby changed to: |
|---|---|
| 2617 Grandview Avenue<br>Nashville, TN 37211 | 2001 Antioch Pike<br>Antioch, TN 37013 |

## 3. Signature of officer or chairman of the board

Kimberly A Rollett, Secretary
Signature and Title


Type or print name and title

5/20/2019 1:16 PM
Date

# IMI Tennessee, Inc.

## General Information

| | |
|---|---|
| **Organization Number** | 0846314 |
| **Name** | IMI Tennessee, Inc. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | IN |
| **File Date** | 1/4/2013 12:45:23 PM |
| **Organization Date** | 1/1/1964 |
| **Authority Date** | 1/4/2013 |
| **Last Annual Report** | 5/20/2019 |
| **Principal Office** | 2001 ANTIOCH PIKE<br>ANTIOCH, TN 37013 |
| **Registered Agent** | KEVIN SWAIDNER<br>1440 SELINDA AVENUE<br>LOUISVILLE, KY 40213 |

## Current Officers

| | |
|---|---|
| **President** | Kevin D Swaidner |
| **Vice President** | Tonya Alexander |
| **Vice President** | John Tiberi |
| **Director** | John Tiberi |
| **Director** | Kevin D Swaidner |

## Individuals / Entities listed at time of formation

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | |
|---|---|---|---|
| Principal Office Address Change | 5/20/2019 1:16:51 PM | 1 page | PDF |
| Annual Report | 5/20/2019 | 1 page | PDF |
| Annual Report | 4/20/2018 | 1 page | PDF |
| Annual Report | 4/20/2017 | 1 page | PDF |
| Annual Report | 3/24/2016 | 1 page | PDF |
| Annual Report | 3/3/2015 | 1 page | PDF |
| Registered Agent name/address change | 7/21/2014 4:02:08 PM | 1 page | PDF |
| Annual Report | 7/21/2014 | 1 page | PDF |
| Certificate of Authority FBE | 1/4/2013 12:45:24 PM | 1 page | PDF |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual report | 5/20/2019 1:32:29 PM | 5/20/2019 1:32:29 PM | |
| Principal office change | | | |

|                               | 5/20/2019<br>1:16:51 PM | 5/20/2019<br>1:16:51 PM |
| ----------------------------- | ----------------------- | ----------------------- |
| Annual report                 | 4/20/2018<br>5:02:24 PM | 4/20/2018<br>5:02:24 PM |
| Annual report                 | 4/20/2017<br>3:31:08 PM | 4/20/2017<br>3:31:08 PM |
| Annual report                 | 3/24/2016<br>8:39:49 AM | 3/24/2016<br>8:39:49 AM |
| Annual report                 | 3/3/2015<br>1:16:48 PM  | 3/3/2015<br>1:16:48 PM  |
| Registered agent address change | 7/21/2014<br>4:02:08 PM | 7/21/2014<br>4:02:08 PM |
| Annual report                 | 7/21/2014<br>3:59:18 PM | 7/21/2014<br>3:59:18 PM |
| Add                           | 1/4/2013<br>12:45:23 PM | 1/4/2013<br>12:45:23 PM |

## Microfilmed Images